IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00199-FL

| | |
|---|---|
| **Gregory S. McIntyre**, as Administrator of the Estate of Sara Nicole Wetherell, <br><br> Plaintiff, <br><br> v. <br><br> **George Murphy and C.R. England, Inc.,** <br><br> Defendants. | **Order** |

This matter comes before the court upon the motion of the Defendant, George Murphy, to be excused from in-person attendance of the settlement conference scheduled for Tuesday, June 18, 2019.

For good cause shown, the motion (D.E. 45) is granted. Mr. Murphy is excused from attending the June 18, 2019 settlement conference.

Dated: May 13, 2019

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge