IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00199-FL

| | |
|---|---|
| **Gregory S. McIntyre**, as Administrator of the Estate of Sara Nicole Wetherell,<br><br>Plaintiff,<br><br>v.<br><br>**George Murphy**, et al.<br><br>Defendant. | **Order** |

This matter comes before the court upon the Defendant C.R. England's motion to excuse its representative, Kelly Lowrey, from in-person attendance of the settlement conference scheduled for Tuesday, July 23, 2019.

For good cause shown, the motion (D.E. 48) is granted. Ms. Lowrey is excused from attending the July 23, 2019 settlement conference but she shall remain available by telephone during the conference.

Dated: July 15, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge